DANIEL J. BRODERICK, Bar# 89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
WILLIAM ANTONIO LOPEZ-FLORES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>  Plaintiff,<br>       v.<br>WILLIAM ANTONIO LOPEZ-FLORES,<br>  Defendant. | Cr.S. 09-229-MCE<br><br>**STIPULATION AND ORDER**<br><br>DATE: July 8, 2010<br>TIME: 9:00 a.m.<br>JUDGE: Hon. Morrison C. England Jr. |

It is hereby stipulated and agreed to between the United States of America through MICHAEL ANDERSON, Assistant U.S. Attorney, and defendant, WILLIAM ANTONIO LOPEZ-FLORES, by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for Thursday, June 10, 2010, be continued to Thursday, July 8,2010, at 9:00 a.m..

The reason for this continuance is being requested as the parties are working toward a resolution of the matter, but need additional time to complete that process.

Speedy trial time is to be excluded from the date of this order

1 through the date of the status conference set for July 8, 2010,
2 pursuant to 18 U.S.C. §§ 3161 (h)(7)(B)(iv) [reasonable time to
3 prepare] (Local Code T4).

5 DATED: June 4, 2010          Respectfully submitted,
6                              DANIEL J. BRODERICK
                               Federal Defender
7
                               /S/ Benjamin Galloway
8                              BENJAMIN GALLOWAY
                               Assistant Federal Defender
9                              Attorney for Defendant
                               MARCO ANTONIO VALENCIA

11
12 DATED: June 4, 2010          BENJAMIN B. WAGNER
                                Acting United States Attorney
13                              /s/ Benjamin Galloway for
                                MICHAEL ANDERSON
14                              Assistant U.S. Attorney
                                Attorney for Plaintiff

18                              **O R D E R**

19   **IT IS SO ORDERED**.  Time is excluded from today's date through and
20 including July 8, 2010, in the interests of justice pursuant to 18
21 U.S.C. §3161(h)(8)(B)(iv) [reasonable time to prepare] and Local Code
22 T4.

 Dated: June 8, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

**2**